IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZIPPORAH TOLBERT, | |
| Plaintiff, | Case No. 25-cv-190 JPG |
| v. | |
| PROGRESS MANAGEMENT, INC., | |
| Defendant. | |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 8/13/2025            **MONICA A. STUMP, Clerk of Court**

                                                    **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**